UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KELLY KING,**

    Plaintiff,

                                                                                           Civil No.**06-10051**
                                                                              Hon. John Feikens

    v.

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **1/30/2007**, and noted that no objections were filed by either party,

      **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                    **s/John Feikens**
                                                    John Feikens
                                                   United States District Judge

Dated: February 22, 2007

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 22, 2007.

s/Carol Cohron
Deputy Clerk